**Order entered June 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00732-CV

## IN RE STEPHEN AARON BERGENHOLTZ, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-51444-2008**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **GRANT** relator's request to seal the petition and records.

/s/　　MICHAEL J. O'NEILL
　　　　JUSTICE